JH/  KC FILED
MAY 18 2007
MAY 18, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIONEL FRANKLIN, | COMPLAINT |
| Plaintiff, | 07CV2788 |
| v. | JUDGE DER-YEGHIAYAN |
| ACADEMY COLLECTION SERVICE, INC. | MAGISTRATE JUDGE KEYS |
| Defendant. | JURY TRIAL DEMANDED |

## COMPLAINT

**I. INTRODUCTION**

1. This action is brought by Plaintiff Lionel Franklin for statutory damages against Defendant Academy Collection Service, Inc. for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. (hereinafter referred to as "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

**II. JURISDICTION**

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331. Venue is proper in this district as all relevant events took place here.

**III. PARTIES**

3. Plaintiff Lionel Frankline is an individual who resides in Calumet City, Illinois.

4. Mr. Franklin is a consumer as defined by the FDCPA, 15 U.S.C. § 1692a(3).

5. Defendant Academy Collection Service, Inc. (hereinafter referred to as "Academy") is a corporation organized under the laws of the State of Pennsylvania with its main

Page 1 of 4

office located at 10965 Decatur Road, Philadelphia, Pennsylvania.

6. Academy is engaged in the collection of debts from Illinois consumers using the mail and telephone.

7. Academy regularly attempts to collect consumer debts alleged to be due to another.

8. Academy was and is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

## IV. FACTUAL ALLEGATIONS

9. On or about March 15, 2007, Academy arranged for the preparation and transmittal of a letter to Mr. Franklin at his residence in an attempt to collect a debt allegedly due HSBC Bank Nevada, N.A. (P) or Carsons ("the Debt"). A copy of Academy' March 15, 2007, correspondence to Mr. Franklin is attached hereto as Exhibit A.

10. Exhibit A stated, "Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid."

11. Mr. Franklin had never heard of HSBC Bank and did not recall owing any money to Carsons.

12. Mr. Franklin did not want Academy to assume the validity of the Debt.

13. On April 2, 2007, Mr. Franklin called Academy and spoke with Bill Hartman regarding the Debt.

14. Mr. Franklin informed Mr. Hartman that he disputed the Debt.

15. Mr. Hartman asked Mr. Franklin why he disputed the Debt.

16. Mr. Franklin told Mr. Hartman that he did not remember owing any money to Carsons or HSBC Bank Nevada.

17. Mr. Hartman told Mr. Franklin that such a reason was not a valid reason to dispute the Debt.

18. Mr. Hartman then told Mr. Franklin that if he wished to dispute the Debt, he had to mail the dispute to Academy.

19. Mr. Franklin told Mr. Hartman that he wanted to dispute the Debt orally.

20. Mr. Hartman told Mr. Franklin that he could not dispute the Debt orally, that he had to mail in the dispute.

21. Pursuant to Mr. Hartman's instruction, Mr. Franklin disputed the Debt in writing by facsimile to Academy dated April 3, 2007.

22. As of May 13, 2007, Mr. Franklin had not received any further communications from Academy.

23. On May 14, 2007, Mr. Franklin called Academy and spoke with Lynn Bateman.

24. Mr. Franklin asked for the status of his account.

25. Ms. Bateman informed Mr. Franklin that his account with Academy showed a zero balance and that he needed to contact the creditor for the status of his account.

26. On information and belief, the Debt was incurred for personal, family, or household purposes, *i.e.*, purchases at Carsons Department Store.

## V.    COUNT ONE – FAIR DEBT COLLECTION PRACTICES ACT

27. Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs.

28. Defendant's violations of the FDCPA include, but are not limited to

   A. using any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer in violation of 15 U.S.C. §§ 1692e and e(10);

   B. requiring that a dispute be made in writing in violation of 15 U.S.C. § 1692g(a)(3).

29. As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to an award of statutory damages, costs and reasonable attorney fees.

## VI. REQUEST FOR RELIEF

WHEREFORE, Plaintiff Lionel Franklin requests that judgment be entered in his favor against Defendant Academy Collection Service, Inc. for:

   A. Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2);

   B. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3); and

   C. For such other relief as the Court may find to be just and proper.

## VII. JURY DEMAND

Plaintiff Lionel Franklin hereby demands that this case be tried before a Jury.

_____
Craig M. Shapiro
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD..
25 East Washington Street Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673 (FAX)

ATTORNEYS FOR PLAINTIFF LIONEL FRANKLIN

# EXHIBIT A

10965 Decatur Road
Philadelphia, PA 19154-3210
Return Service Requested

March 15, 2007

Lionel Franklin     13469847
526 Paxton Ave
Calumet City, IL 60409-3128

**ACADEMY COLLECTION SERVICE, INC.**
Main Office:   10965 Decatur Road
             Philadelphia, PA 19154-3210
             1 (800) 220-0605 or (215) 281-7500
Hours:   M-TH 8am-9pm, F 8am-5pm,
         Sat 8am-12noon

**ACCOUNT IDENTIFICATION**
Creditor : HSBC BANK NEVADA, N.A. (P)

Fwd Creditor    : CARSONS
Account #        : 0000001227832101
Creditor #         :
Academy File #   : 13469847
Total Bal As Of 15 Mar 2007: $405.18

This is to advise you that your account has been transferred to our office for collection by HSBC BANK NEVADA, N.A. (P).

As of the date of this letter, you owe $405.18. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the total balance due shown above, an adjustment may be necessary after we receive your payment.

If you choose not to pay the balance in full, the creditor is willing to accept a settlement of 80% of the total balance due, which is *** $    324.14 *** as of the date of this letter. Please note that this settlement amount will change if the total balance due changes. This offer does not cancel nor override your dispute rights set forth below.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt by a debt collector to collect a debt. Any information obtained will be used for that purpose. If you pay us by check, the check writer authorizes Academy or its agent to re-present the check electronically if the check is returned for insufficient or uncollected funds. A returned check charge of $4.00 may be added to your account if such check is ultimately returned as unpaid.

Yours truly,
**Paul Roberts, Debt Collector Ext 4671**

                NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.     Side 1 of 2
----------------------------------------Please Detach and Return Bottom Portion with Payment ----------------------------------------
Enter the requested information in the spaces provided below:
***MAKE CHECK PAYABLE TO: ACADEMY COLLECTION***

From: Lionel Franklin                           Employer: _____
Change of Address: _____       Address: _____
City, State, Zip: _____       City, State, Zip: _____
Telephone: _____       Telephone: _____ Ext: ____

Total Balance Due   : $405.18
Amount Enclosed    : $ _____
Creditor Acct #       : 0000001227832101
Academy File #     : 13469847

Academy Collection Service, Inc.
PO Box 21089               13469847
Philadelphia, PA 19114-0589

Enclosing this notice with your payment will expedite credit to your account.



EXHIBIT A

T 002373A 1 046 001154 74 011000 S-CRE

We are required under State Law to notify consumers of the following rights. This list does not include a complete list of rights consumers have under State and Federal Laws.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

### *ADDITIONAL INFORMATION FOR CALIFORNIA RESIDENTS*

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8am or after 9pm. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or your spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

### *ADDITIONAL INFORMATION FOR MASSACHUSETTS RESIDENTS*
### NOTICE OF IMPORTANT RIGHTS:

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN (10) DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN (7) DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

Local address: 30 Domino Drive, Suite E, Concord, Massachusetts 01742
1-800-220-0605   Mon-Thurs 8am-9pm, Fri 8am-5pm & Sat 8am-12 Noon

### *ADDITIONAL INFORMATION FOR COLORADO RESIDENTS*

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM

### *ADDITIONAL INFORMATION FOR MINNESOTA RESIDENTS*

This Collection Agency is licensed by the Minnesota Department of Commerce.

### *ADDITIONAL INFORMATION FOR NORTH CAROLINA RESIDENTS*

North Carolina Department of Insurance Permit #3205.

### *ADDITIONAL INFORMATION FOR NEW YORK CITY RESIDENTS*

New York City Department of Consumer Affairs License #0961716.

### *ADDITIONAL INFORMATION FOR TENNESSEE RESIDENTS*

This Collection Agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

### *ADDITIONAL INFORMATION FOR WISCONSIN RESIDENTS*

This Collection Agency is licensed by the Office of the Administrator of the Division of Banking P.O. Box 7876, Madison, Wisconsin 53707.

### *ADDITIONAL INFORMATION REGARDING SETTLEMENTS*

If after settlement, the remaining balance is greater than $599.99, our client may be required by Federal Law (IRS 6050P) to report this amount and send you a form 1099-C.